UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| BRAYON JEROME WILLIAMS, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:22-cv-00060-SRC |
| ELDON GRISSOM, | ) ) ) |
| Respondent. | ) |

**Memorandum and Order**

This matter comes before the Court on a document that Petitioner Brayon Jerome Williams has filed. Doc. 1. The Court construes the document as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The petition is not on a Court-provided form, as required. *See* Local Rule 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Because the petition is not on a Court form, it lacks important information, including the caption and number of the case he is challenging.

The Court therefore directs Petitioner to file an amended 28 U.S.C. § 2241 petition on a Court-provided form, which the Clerk of Court will send to him. If petitioner fails to file an amended petition by **December 30, 2022**, the Court will dismiss this action without prejudice and without further notice.

Petitioner has also filed a motion for leave to proceed in forma pauperis. Doc. 2. Having reviewed the motion and accompanying affidavit, the Court grants the motion.

Accordingly, the Court grants Petitioner's [2] motion for leave to proceed in forma pauperis. The Court directs the Clerk of Court to send to Petitioner a copy of the Court's 28 U.S.C. § 2241 form. Petitioner must file an amended petition on the Court-provided form by no

later than **December 30, 2022**.  If Petitioner fails to file an amended petition by **December 30, 2022**, the Court will dismiss this action without prejudice and without further notice.

So ordered this 30th day of November, 2022.

_____
STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE