**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION**

| | |
|---|---|
| BRAYON JEROME WILLIAMS, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 2:22-cv-00060-SRC |
| DAN REDINGTON, | ) ) ) |
| Respondent. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Docket No. 1; Docket No. 6) is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

Dated this 31st day of March, 2023.

STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE